**STATE of Missouri, Respondent,**

v.

**Christopher SPATES, Appellant.**

**No. ED 102309**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: August 2, 2016

■

**STATE of Missouri, Respondent,**

v.

**Leon Tyrone MOSS, Appellant.**

**No. ED 102299**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: August 2, 2016

Amy M. Bartholow, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM

Christopher Spates appeals from the judgment entered upon a jury verdict finding him guilty of first-degree murder and armed criminal action. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information

